UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                          Chapter 11

19 Highline Development LLC,                                    Case No. 18-12714 (MEW)

                        Debtor.
------------------------------------------------------------x

### DECLARATION OF WILLIAM HENRICH IN SUPPORT OF DEBTOR'S MOTION TO EMPLOY AND RETAIN GETZLER HENRICH & ASSOCIATES LLC AND APPOINT WILLIAM HENRICH AS CHIEF RESTRUCTURING OFFICER AND RESPONSIBLE PERSON

William Henrich declares the following under penalties of perjury pursuant to 28 U.S.C. §1746:

1. I am Co-Chairman of Getzler Henrich & Associates LLC ("Getzler Henrich" or the "Firm"). I make this Declaration in support of the motion (the "Motion") of 19 Highline Development LLC (the "Debtor") to retain the Firm and appoint me as chief restructuring officer ("CRO") and responsible party to act on behalf of the Debtor pursuant to the terms of the services agreement (the "Agreement"), a copy of which is attached as Exhibit "A" to the Motion.

2. To the best of my knowledge, Getzler Henrich has no connection with the Debtor, the Lenders (as defined in the Motion) or the Debtor's other creditors and investors, and does not hold any interest adverse to the Debtor, the Debtor's estate or the Lenders. Accordingly, I believe that Getzler Henrich is a "disinterested person" as that term is defined by section 101(14) of the Bankruptcy Code.

3. In the event any new material facts or relationships are discovered or arise, Getzler Henrich will provide the Court with a supplemental declaration disclosing same.

1

4.     The Firm's billing rates and retainer are set forth in the Agreement. In the event that the rates change during the Chapter 11 case, my Firm will provide written notice of the change to the U.S. Trustee and counsel for the Debtor and the Lenders.

5.     I have reviewed the Motion of the Debtor in support of the proposed retention and confirm that the Firm and I will comply with all of the reporting requirements set forth therein relating to compensation, including the monthly submission of invoices and the requirements for the filing of notices and reports.

6.     Getzler Henrich, its affiliates, and the undersigned shall not act in any other capacity (for example, and without limitation, as a financial advisor, investment banker, claims agent/claims administrator, or investor/acquirer) in connection with the Debtor or this above-captioned Chapter 11 case.

7.     Getzler Henrich and the undersigned shall act under the direction, control and guidance of the Debtor's managers and members and shall serve at their pleasure.

8.     For a period of three years after the conclusion of the engagement, Getzler Henrich, its affiliates and the undersigned shall not make any investments in the Debtor or reorganized Debtor.

Dated: New York, NY
       March 4, 2019

_____
William Henrich