| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------x<br>In re:<br><br>19 Highline Development LLC, et al.,<br><br><br>                                        Debtors.<br>------------------------------------------------------------x | Hearing Date and Time:<br>December 15, 2020 at 10:00 a.m.<br><br>Chapter 11<br><br>Case No. 18-12714 (MEW)<br>            Case No. 19-11068 (MEW)<br><br>Jointly Administered |

## CERTIFICATE OF NO OBJECTION

Pursuant to 28 U.S.C. § 1746, the undersigned hereby certifies as follows:

1. On November 20, 2020, Goldberg Weprin Goldstein LLP ("GWFG") filed an application seeking final compensation for legal services rendered on behalf of 19 Highline Development LLC and Project 19 Highline LLC, the Debtors herein, (collectively, the "Debtors") (ECF #117) ("Motion"). Contemporaneously with the Motion, GWFG filed a notice of hearing on the Motion scheduling a hearing on the Motion for December 15, 2020.

2. Pursuant to S.D.N.Y. LBR 9006-1, responsive papers are to be served so as to be received not later than 7 days before the hearing date (the "Objection Deadline").

3. The Objection Deadline has passed and (i) the Motion was filed and served in a timely fashion, as evidenced by the affidavit of service filed with the Court (ECF #118); (ii) no objection has been filed or served on the movant, and (iii) there is no objection, responsive pleading or request for a hearing with respect to the Motion on the docket.

4. Accordingly, this Court may enter an order granting the Motion without need for a hearing, which proposed will be forwarded to the Court no later than December 15, 2020.

Dated: New York, New York
    December 14, 2020
  
                    Goldberg Weprin Finkel Goldstein LLP
                    *Attorneys for Debtor*
                    1501 Broadway – 22nd Floor
                    New York, New York 10036
                    (212) 221-5700
                    By:    /s/ J. Ted Donovan