UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

19 Highline Development LLC and
Project 19 Highline LLC,

                Debtors.

Chapter 11
Case No.: 18-12714 (MEW)
Case No.: 19-11068(MEW)

Jointly Administered

---

### ORDER GRANTING DEBTOR'S MOTION TO DISCHARGE MECHANIC'S LIEN ASSERTED BY MA RUBIANO P.C.

Upon the motion of 19 Highline Development LLC and Project 19 Highline LLC (the "**Debtors**") seeking to Discharge Mechanic's Liens and Clear Title for Transfer of its Real Property Pursuant to Confirmed Chapter 11 Plan filed on March 12, 2021 (Docket No. 125) ("**Motion**"); and good a proper service having been made; and a hearing having been held on March 30, 2021, and no opposition having been heard; and good cause appearing therefor; it is

ORDERED, that the Motion is granted with respect to the mechanic's lien (the "**Mechanic's Lien**") asserted by MA Rubiano P.C. against the Debtors' real property at 435-437 19th Street, New York, NY (the "**Property**"), which Mechanic's Lien has expired by operation of applicable New York law and is hereby deemed discharged and unenforceable; and it is further

ORDERED, that the New York County Clerk is directed to vacate and remove the Mechanic's Lien as of record against the Property; and it is further

ORDERED, that MA Rubiano P.C. shall have an Allowed General Unsecured Claim in the amount of $20,700, which shall be paid pro rata along with all other general unsecured claims pursuant to the confirmed Chapter 11 plan.

Dated: New York, New York
       April 7, 2021

                                                  s/Michael E. Wiles
                                                  Honorable Michael E. Wiles
                                                  United States Bankruptcy Judge